UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YONG GUO ,

               Petitioner,

   v.

NATALIE ASHER,

               Respondent.

CASE NO. 2:20-cv-01613-RSM-BAT

**ORDER OF DISMISSAL**

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Objections filed by Petitioner, and the remainder of the record and ORDERS:

    (1)    The Court ADOPTS the Second Report and Recommendation.

    (2)    The motion for temporary restraining order and the habeas petition are denied and the case is dismissed. The motion for counsel (Dkt. 12) is stricken as moot.

    (3)    The Clerk shall provide copies of this Order to the parties.

Dated this 1st day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1